NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IFIT INC., FREEMOTION FITNESS, INC., NORDICTRACK, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**DISH DBS CORPORATION, DISH TECHNOLOGIES L.L.C., SLING TV L.L.C.,**
*Intervenors*

---

2023-1965

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1265.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                              IFIT INC. v. ITC

(2)  Each side shall bear their own costs.

FOR THE COURT

March 11, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 11, 2024